DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA HUBBERT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1609

[September 28, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 08-13039CF10A.

Joshua Hubbert, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***